**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>          Plaintiff,<br><br>     v.<br><br>**OCTAVIO HINOJOSA-GUZMAN**<br><br>          Defendant. | CR NO: 2:25-CR-0246-DJC |

**APPLICATION FOR WRIT OF HABEAS CORPUS**

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum            ☐ Ad Testificandum

Name of Detainee:    OCTAVIO HINOJOSA-GUZMAN
Detained at:         San Joaquin County Jail
Detainee is:     a.)  ☒ charged in this district by:  ☒ Indictment  ☐ Information  ☐ Complaint
                      charging detainee with:  21 U.S.C. §§ 841, 846 – dist. of cont. substances
          or b.)  ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:   a.)  ☐ return to the custody of detaining facility upon termination of proceedings
            or b.)  ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

Signature:                  /s/ *Robert C. Abendroth*
Printed Name & Phone No:    Robert C. Abendroth, (916) 554-2766
Attorney of Record for:     United States of America

**WRIT OF HABEAS CORPUS**
☒ Ad Prosequendum            ☐ Ad Testificandum

     The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated:    November 17, 2025

Honorable Jeremy D. Peterson
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | N/A | ☒Male  ☐Female | |
| Booking or CDC #: | 25-15233 | DOB: | 08/28/1982 |
| Facility Address: | 999 West Mathews Rd. French Camp, CA 95231 | Race: | Hispanic |
| Facility Phone: | (209) 468-4562 | FBI#: | |
| Currently Incarcerated | Yes – San Joaquin County Jail | | |

**RETURN OF SERVICE**

Executed on: _____

_____
(signature)